IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D'AMBROSSE KANE GARLAND, <br>     Petitioner, <br> v. <br> WARDEN OF SCI HOUTZDALE, The <br> ATTORNEY GENERAL of PENNSYLVANIA, <br> and the ALLEGHENY COUNTY DISTRICT <br> ATTORNEY, <br>     Defendants. | Civil Action No. 23-194 |

## ORDER

AND NOW, this 9th day of July, 2024, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that for the reasons set forth in the magistrate judge's report and recommendation ("R&R," ECF No. 16), to which no objections were filed, the petition for writ of habeas corpus (ECF No. 1) filed pro se by state prisoner D'Ambrosse Garland pursuant to 28 U.S.C. § 2254, is DENIED. The R&R is adopted as the opinion of this court as supplemented in the accompanying memorandum opinion. No certificate of appealability will be issued. The Clerk shall mark the above-listed case CLOSED.

BY THE COURT

*/s/ Joy Flowers Conti*
JOY FLOWERS CONTI
SENIOR UNITED STATES DISTRICT JUDGE